# EXHIBIT B

**AFFIDAVIT OF ROGER SNOW**

STATE OF NEVADA      )
                                       ) ss:
COUNTY OF CLARK   )

Roger Snow, deposes and states:

1. I am over the age of eighteen, I am competent to testify to the matters stated herein, and as to those matters, I believe them to be true. I make this Affidavit under penalty of perjury.

2. I am the Director of Game Development at Shuffle Master, Inc., a Minnesota corporation ("Shuffle Master"). In that capacity, I help design table game felts.

3. I was one of the persons who designed the table felt for Shuffle Master's game entitled "Four Card Poker."

4. In general, we design layouts that will work with a particular game's rules of play, are simple in appearance and at the same time use eye-catching colors and fonts. Although the main reasons for a table game's popularity are whether players enjoy the way the game is played and believe that the pay-out rates of a game are favorable, a properly designed felt can greatly increase a game's chance of success by intriguing players and attracting them to play the game.

5. Work on the Four Card Poker felt design first began in approximately August, 2001 and was completed in approximately September, 2001.

6. Before settling on the final version, we rejected several designs. We rejected those designs because the font and artwork did not match the sophisticated gambling-game look we prefer. The font and style in earlier designs was too "balloonish" as I recall.

7. The design of the Four Card Poker felt includes a number of distinctive visual features, including (1) the placement of three circles, arranged vertically, representing the location to place the various bets, at each player station; (2) the font within the three circles at each player station; (3) the printing of the names of the bets within the three circles at each player station, so that the letters of "Aces Up" and "Play 1x to 3x Ante" touch the outer edges of the circles; (4) the identification of the bets, as "Aces Up," "Ante," and "Play 1x to 3x Ante" at each player station; (5) the placement of the pay tables at each player station beneath the vertically arranged circles; (6) the font of the

"Aces Up" trademark at each player station; (7) the number of dots (eighteen) below the "Aces Up" trademark at each player station; (8) the font of the "Automatic Bonus" heading at the pay table for each player station; (9) the number of dots (eighteen) below "Automatic Bonus" at each player station; and (10) the font and wording of the text below the pay table at each player station ("Automatic Bonuses paid on Ante wager").

8.  Any number of different designs could have been used for the felt for Four Card Poker. The rules of play did not dictate or restrict the designs available to me. Rather, it is possible to have any number of different felt designs and still have a felt that allows players to play Four Card Poker.

9.  The design ultimately adopted for the felt of Four Card Poker is not any more or less expensive to manufacture than any other table felt.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON February 24, 2006

_____
Roger Snow

Subscribed and sworn to before me this 24th day of February, 2006.

_____
Notary Public

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
LESLIE S. MIRAMON
No: 02-76496-1
My Appointment Expires July 11, 2006