# EXHIBIT C

**AFFIDAVIT OF ROBERT SCOTT**

STATE OF NEVADA      )
                              ) ss:
COUNTY OF CLARK    )

Robert Scott, deposes and states:

1.    I am over the age of eighteen, I am competent to testify to the matters stated herein, and as to those matters, I believe them to be true. I make this Affidavit under penalty of perjury.

2.    I am the Assistant Product Manager at Shuffle Master, Inc., a Minnesota corporation ("Shuffle Master"). In that capacity, I monitor the daily activity of table games, including the sales and leasing of Shuffle Master's game entitled "Four Card Poker." I also travel to various casinos throughout the country to check in with casino customers and monitor the competition in the marketplace.

3.    Shuffle Master provides an array of table games choices and our casino customers pay a monthly fee for leasing them.

4.    Placing a table game, such as Four Card Poker, on a casino floor is not the end of the sales and marketing process. Our customers will only retain games on their casino floors that are popular as well as profitable. The turnover level for our table games is high due to the fact that all of our placements are made on a 30-day lease basis. If a game doesn't perform successfully for the casino, then there is a good chance that it will be removed.

5.    Not surprisingly, competition to obtain and maintain game placements on casino floors is fierce among those in the gaming supply business. Shuffle Master considers itself in competition for casino floor space with any other product that can take up that same floor space, whether it be other specialty table games or slot machines. The bottom line is that there are many options available to casino table game managers who are looking to fill their floor space, and Shuffle Master strives to be their best option by providing popular table games like Four Card Poker.

6.    Shuffle Master has offered the Four Card Poker table game with the same table felt continuously and exclusively for nearly four years. In the course of my traveling to casinos around the country, I have seen numerous table games bearing a wide variety of felts. Even though there

1   are many table games on the market, I have seen none that have shared the appearance of the Four

2   Card Poker felt until the Defendants intentionally changed their felt design to mirror Shuffle

3   Master's.

4         7.     Attached to my Affidavit as Exhibit 1 are just a few artwork examples of third party

5   table game felts.  I have seen table games bearing those felts, as well as many other felts, in casinos.

6         8.     Despite the heavy competition for placements, Shuffle Master's Four Card Poker

7   currently maintains approximately 230 placements in casinos across the country.   That is a

8   significant number.  By comparison, Casino War, which is now a Shuffle Master table game, has

9   been in the market for roughly 8 years and has 50 installs.

10        9.     As the number of placements indicates, Four Card Poker is and has been a very

11  profitable game for Shuffle Master.  Four Card Poker is the fourth highest income generating

12  specialty table game for Shuffle Master.  Four Card Poker is the fourth table game in the history of

13  the business that is not a side bet or blackjack derivative to reach 200 or more installs.

14       I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF
    NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.

15

16  EXECUTED ON February 24th, 2006

17                                      ROBERT SCOTT

18

19  Subscribed and sworn to before me

20  this 24th day of February, 2006.

21

22  Notary Public



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
LESLIE S. MIRAMON
No: 02-76496-1
My Appointment Expires July 11, 2006

23

24

25

26

27

28

# EXHIBIT 1







Gemaco Inc.
2925 N. 7 HWY
Blue Springs, MO. 64014
Toll Free:1-800 227-3765
Ph.: 816-220-1300
Fax: 816-220-1884

## Table Dimensions

| Actaul Fabric | Bumper to Bumper | Bottom of Chip Tray to Bumper |
|---|---|---|
| Width _____ | Width _____ | Height _____ |
| Height _____ | Height _____ | |

Date _____

☐ OK    ☐ Make changes & Re-Proof

_____
Signature

Fitz LV
Extreme 21
Version 5478 • 5/5/05
Salesman: Jason Abati
Artist: Mindi Ogden

