# EXHIBIT E

1

**AFFIDAVIT OF KIRSTEN CLARK**

2  STATE OF NEVADA       )
                        ) ss:
3  COUNTY OF CLARK       )

4      Kirsten Clark, deposes and states:

5      1.   I am over the age of eighteen, I am competent to testify to the matters stated herein, and

6  as to those matters, I believe them to be true.  I make this Affidavit under penalty of perjury.

7      2.   I am the Marketing Director at Shuffle Master, Inc., a Minnesota corporation ("Shuffle

8  Master").  In that capacity, I oversee the marketing and promotion of Shuffle Master's specialty

9  table games, including the marketing and promotion of Shuffle Master's game entitled "Four Card

10 Poker."

11     3.   Shuffle Master advertises and promotes its specialty table games in a variety of ways.

12 First, Shuffle Master participates in numerous gaming trade shows held throughout the United

13 States.  At those trade shows, Shuffle Master (1) holds live demonstrations of its specialty table

14 games;  (2) prominently places posters advertising games within the trade show;  (3) engages in

15 targeted media coverage of the trade show; and (4) engages in show-specific advertising, targeted to

16 the audience attending the trade show.  Additionally, at the trade shows Shuffle Master will furnish

17 to potential customers various print marketing materials including printed rack cards (instructional

18 4" by 9" cards), fliers, sell sheets and brochures.  Second, Shuffle Master specifically targets

19 individual casino personnel, including table games managers and other pit personnel, with a wide

20 range of promotional items supplied to the casino in order to stimulate interest in Shuffle Master's

21 games.

22     4.   The various print marketing materials identified in paragraph 3 above are not limited to

23 the use in trade shows.  Indeed, these print marketing materials are sent to individual casino

24 personnel and are used by our sales staff in promotional sales calls.

25     5.   The general promotional practices described in the above paragraphs 3 and 4 are

26 augmented by the use of our corporate website, www.shufflemaster.com , which appears on all of

27 our marketing materials and to which we direct potential customers, and by the use of interactive

28

email campaigns designed to educate our customers and potential customers as to the specific features of each game.

6.   Shuffle Master is the owner of Four Card Poker, a specialty table game.  In order to market effectively Four Card Poker, and in order to obtain a positive return on Shuffle Master's investment for its promotional efforts, Shuffle Master implemented a variety of promotional campaigns designed to increase casino awareness of the game and encourage additional installations.  These promotional campaigns included the use of advertising in trade publications, the circulation of print materials, the circulation of electronic materials, and the issuance of press releases.

7.   With regard to advertising specifically for the game Four Card Poker, since November 1, 2004, Shuffle Master has placed various advertisements in industry trade publications.  These advertisements have prominently included Shuffle Master's trademarked Four Card Poker logo as well as photography of the table felt.  In the photographs of the table felt, often the individual player betting position is clearly visible.

8.   Attached to my Affidavit as Exhibit 1 is a true and correct copy of an advertisement layout for Four Card Poker that appeared in the Mississippi Gaming News, March 2005 edition. This photograph of the table felt shows the individual player betting position and the general table layout, including the positioning of the three bets.

9.   Attached to my Affidavit as Exhibit 2 is a true and correct copy of an advertisement layout for Four Card Poker that appeared in the ICE Show Catalogue in January 2005, and attached to my Affidavit as Exhibit 3 is a true and correct copy of an advertisement layout that appeared in the Southern Gaming Summit Show Catalog in May 2005.  The photographs are the same as Exhibit 1, except that the print overlay on the two advertisements differentiates them from Exhibit 1.  These photographs (Exhibit 2 and 3) clearly show the individual player betting position and the general table layout, including the positioning of the three bets.

10.   Attached to my Affidavit as Exhibit 4 is a true and correct copy of an advertisement for Four Card Poker that appeared in the Mississippi Gaming News, May 2005 edition.  Attached to my

Affidavit as Exhibit 5 is a true and correct copy of an advertisement for Four Card Poker that appeared in Poker Biz, May 2005 edition. Attached to my Affidavit as Exhibit 6 is a true and correct copy of an advertisement for Four Card Poker that appeared in Casino Enterprise Management, May 2005 edition. All of these photographs of the felt for Four Card Poker show the Four Card Poker logo and contain the phrase, "Meet Three Card Poker's Aggressive and Volatile Younger Brother . . . " as a text overlay.

11. With regard to print materials specifically for the game Four Card Poker, Shuffle Master has produced numerous print items promoting the game. Shuffle Master has printed and circulated rack cards (instructional 4" by 9" cards provided to the casino for player distribution), sell sheets (detailed product information sheets containing the game paytables, sample layout, and rules of play), brochures that contain game information that is accompanied by brief descriptions for our other game selections so our customers can compare Four Card Poker to our other offerings; and fliers that contain up-to-date installation numbers.

12. Attached to my Affidavit as Exhibit 7 is a true and correct copy of a rack card for Four Card Poker.

13. Attached to my Affidavit as Exhibit 8 is a true and correct copy of the sell sheet for Four Card Poker. The sample table layout clearly shows the Four Card Poker logo, the individual player betting stations (showing the bets "Aces Up", "Ante", and "Play 1x to 3x Ante"), and the general layout of the table.

14. Attached to my Affidavit as Exhibit 9 is a true and correct copy of a brochure used by Shuffle Master that includes a description of Four Card Poker and contains game information for Shuffle Master's other table games, including brief descriptions for those game selections.

15. With regard to electronic materials specifically for the game Four Card Poker, Shuffle Master has included detailed Four Card Poker information on the Shuffle Master corporate website at www.shufflemaster.com . The website contains an individual page detailing basic information about Four Card Poker, an interactive Flash video that demonstrates how to play Four Card Poker, a searchable, up-to-date listing of all current Four Card Poker installations, and two downloadable

1   options for Four Card Poker:  (1) a downloadable PDF file of the Four Card Poker sell sheet;  and

2   (2) a downloadable trial version of Four Card Poker computer game software.  Shuffle Master

3   promotes the information contained on its website by the prominent placement of the web address

4   on print materials and by the verbal communications directed to individual customers.  In addition,

5   Shuffle Master has developed an interactive "postcard" for Four Card Poker that is emailed to

6   customers.  This electronic postcard includes an animated instruction of how to play the Four Card

7   Poker game, and is sent directly to customers by our sales executives as well as by the Marketing

8   Department.

9        16.   Attached to my Affidavit as Exhibit 10 is a true and correct copy of a printed report

10   showing the number of "hits", or times a user has clicked on, the Four Card Poker icon on the

11   Shuffle Master website.  Since August 19, 2004, and up to and including February 22, 2006, the

12   website has registered 6,590 "hits" for Four Card Poker on the website, 3,250 downloads of the

13   Four Card Poker game trial software, and 1,190 "hits" for Four Card Poker product sheets on the

14   website.  Attached to my Affidavit as Exhibit 11 is a true and correct copy of a CDROM containing

15   the interactive postcard used by Shuffle Master to promote Four Card Poker.

16        17.   With regard to press releases specifically for Four Card Poker, Shuffle Master

17   consistently releases information on Four Card Poker to trade media in order to encourage them to

18   provide editorial coverage of the game.  These press releases are supported with Four Card Poker

19   professional photography that is provided upon request.  In general, Shuffle Master receives ample

20   trade publication coverage from our press releases.

21        18.   Attached to my Affidavit as Exhibits 12 through 25 are true and correct copies of

22   articles mentioning Four Card Poker that appeared in trade publications, including Global Gaming

23   Business, October 2004 edition (Exhibit 12); Casino Review, October 2004 edition (Exhibit 13);

24   Gaming Pacific, October 2004 edition (Exhibit 14);  The Las Vegas Sun (Exhibit 15);  Gaming

25   Today, March 2-8 2004 edition (Exhibit 16);  the Asbury Park Press in Neptune, New Jersey,

26   September 24, 2004 edition (Exhibit 17);  Strictly Slots, September 2004 edition (Exhibit 18);

27   Gaming Today, November 2-8 2004 edition (Exhibit 19);  Slots Today, December 14, 2004 edition

28

(Exhibit 20);   The Las Vegas Review-Journal, December 10, 2004 edition (Exhibit 21);   the ATEI/ICE 2005 Show Guide, January 2005 edition (Exhibit 22);   Midwest Gaming & Travel, February 2005 edition (Exhibit 23);   Casino Review, March 2005 (Exhibit 24);   and Casino Review, April 2005 (Exhibit 25).

19.   For fiscal year 2005, Shuffle Master expended $29,000.37 in advertising and promotions for Four Card Poker.   This total expenditure is broke down into these categories:   (1) Advertising ($9,823.21);  (2) Interactive ($6,713.75);  (3) Promotional items ($6,893.88);  (4) Print items ($3,476.05); and (5) Other items, including photography ($2,093.48).

20.   In advertisements and promotions for Four Card Poker, Shuffle Master highlights the appearance of the felt, but it does not tout the felt as having any utilitarian benefits; it does not have any such benefits.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON February 24, 2006

KIRSTEN CLARK

Subscribed and sworn to before me this 24th day of February, 2006.

Notary Public

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
LESLIE S. MIRAMON
No: 02-76496-1
My Appointment Expires July 11, 2006

# EXHIBIT 1



Mississippi Gaming News
March 2005

# EXHIBIT 2



It's all about the games.



**Shuffle Master, Inc.**
1106 Palms Airport Drive
Las Vegas, NV 89119
United States of America
+1 702 897 7150
shufflemaster.com

**CARD, A Shuffle Master Intl. Co.**
Wipplingerstrasse 25
1010 Vienna
Austria
+43 1 25 35 500-100
CardAustria.com

Don't miss your chance to preview the industry's best selection of specialty table games at ICE stand #3342. Our exciting content is delivered seamlessly by our exceptional shufflers, making it easy to offer hot games like Four Card Poker™ and Big Raise Hold'em™. Stop by stand #3342...your customers will thank you for it.

ICE Show Catalogue
January 2005

# EXHIBIT 3



It's all about the games.

**ShuffleMaster**
INCORPORATED

Don't miss your chance to preview the industry's best selection of specialty table games at SGE Booth #612. Our exciting content is delivered seamlessly by our exceptional shufflers, making it easy to offer hot games like Four Card Poker™ and Big Raise Hold'em™. Stop by Booth #612...your players will thank you for it.

# EXHIBIT 4



**Meet Three Card Poker's Aggressive and Volatile Younger Brother . . .**

Four Card Poker's™ exciting action has made it the hottest and fastest growing new game since Three Card Poker®. Add it to your pit today: your players will love being able to "triple down", and you'll love its strong performance.



For more information, call (702) 897-7150.    shufflemaster.com

© 2005 Shuffle Master, Inc. All rights reserved.
Three Card Poker and Four Card Poker are registered trademarks and copyrights of Shuffle Master, Inc.

Mississippi Gaming News
May 2005

# EXHIBIT 5



Four Card Poker's™ exciting action has made it the hottest and fastest growing new game since Three Card Poker®. Add it to your pit today: your players will love being able to "triple down", and you'll love its strong performance.



For more information, call (702) 897-7150.   shufflemaster.com

© 2005 Shuffle Master, Inc. All rights reserved.
Three Card Poker and Four Card Poker are registered trademarks and copyrights of Shuffle Master, Inc.

Poker Biz
May 2005

# EXHIBIT 6



**Meet Three Card Poker's Aggressive and Volatile Younger Brother . . .**

Four Card Poker's™ exciting action has made it the hottest and fastest growing new game since Three Card Poker®. Add it to your pit today: your players will love being able to "triple down", and you'll love its strong performance.


ShuffleMaster
INCORPORATED

For more information, call (702) 897-7150.    shufflemaster.com

© 2005 Shuffle Master, Inc. All rights reserved.
Three Card Poker and Four Card Poker are registered trademarks and copyrights of Shuffle Master, Inc.

Casino Enterprise Management
May 2005