# EXHIBIT H

**AFFIDAVIT OF PAUL CONAWAY**

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

Paul Conaway, deposes and states:

1. I am over the age of eighteen, I am competent to testify to the matters stated herein, and as to those matters, I believe them to be true. I make this Affidavit under penalty of perjury.

2. I am the Marketing Specialist for the Minnesota corporation Shuffle Master, Inc. ("Shuffle Master"). In that capacity, I support the Marketing Department and assist with the development of various marketing materials, trade show planning, promotional inventory, etc.

3. In September, 2005, I attended the G2E gaming show at the convention center in Las Vegas.

4. On or about September 11, 2005, GEI appeared at the G2E with a felt design for the Play Four Poker game that appeared identical to the felt for Shuffle Master's Four Card Poker game. Also at the G2E, I saw that GEI used a sign that said "WHY PAY MORE?" and that the Play Four Poker game was cheaper than Shuffle Master's Four Card Poker.

5. Attached to my Affidavit as Exhibit 1 are photographs of GEI's "WHY PAY MORE?" promotional signage from the G2E.

6. I understand that on September 14, 2005 the United States District Court for the District of Nevada entered an Order against GEI and Yehia Awada preventing them from using a table felt that copied Shuffle Master's Four Card Poker table felt.

7. On or about September 14, 2005, GEI appeared at the G2E with a new felt design for the Play Four Poker—a design that did not copy the distinctive overall appearance of Shuffle Master's Four Card Poker Trade Dress.

8. Attached to my Affidavit as Exhibit 2 are photographs of the felt design GEI used at the G2E beginning on or about September 14, 2005.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON February 23, 2006

[Paul Conaway]

Subscribed and sworn to before me this 23rd day of February, 2006.




Notary Public

# EXHIBIT 1



POKER
OASIS
VIDEO GAMING TECHNOLOGIES,
VICTORY LAP
QUARTERBACK
Why Pay More?
Same Rules As Our
Competitor's 4 Card Poker Game
$300!!!


Why Pay More??
Same Rules As Our
Competitor's 4 Card Poker Game
$300!!!

# EXHIBIT 2


PLAY FOUR POKER
DEALER PLAYS WITH KING / QUEEN OR BETTER


PLAY FOUR POKER
DEALER PLAYS WITH KING / QUEEN OR BETTER
5 Card BONUS
ANTE
PLAY
ANTE REWARD PAYS
Straight Flush............5 to 1
Four Jacks - Aces.....3 to 1
Four 2 - 10 ...................1 to 1
Play MUST EQUAL Ante
WHEN DEALER DOES NOT PLAY
Play...PUSH • Ante...1 to 1
WHEN DEALER PLAYS
Play...1 to 1 • Ante...1 to 1


PLAY FOUR POKER®
DEALER PLAYS WITH KING / QUEEN OR BETTER
5 Card BONUS
5 Card BONUS
5 Card BONUS
5 Card BONUS
ANTE
4 Card Poker
PLAY
ANTE
4 Card Poker
PLAY
ANTE REWARD PAYS
Straight Flush........... 5 to 1
Four Jacks - Aces..... 3 to 1
Four 2 - 10 ................1 to 1
Play MUST EQUAL Ante
WHEN DEALER DOES NOT PLAY
Play...PUSH • Ante...1 to 1
WHEN DEALER PLAYS
Play...1 to 1 • Ante...1 to 1


$1
5 Card
BONUS
INC.
KING'S GAMING INC.
5 Card
BONUS
ANTE
4 Card Poker
PLAY