KIRK B. LENHARD
Nevada Bar No. 1437
PHILIP M. BALLIF
Nevada Bar No. 2650
TAMARA BEATTY PETERSON
Nevada Bar No. 5218
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89109
Telephone: (702) 862-3300
Facsimile:  (702) 737-7705

BARRY F. IRWIN (Nevada Bar No. 9068)
GIANNI CUTRI *(Admitted Pro Hac Vice)*
JAMI A. JAROSCH *(Admitted Pro Hac Vice)*
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone: 312/861-2000
Facsimile: 312/8612200

*Attorneys For Plaintiff/Counterdefendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHUFFLE MASTER, INC. | CASE NO. CV-S-05-1112-RCJ-RJJ |
| Plaintiff, | EFILE |
| v. | |
| YEHIA AWADA, and GAMING ENTERTAINMENT, INC. | **ORDER ON SUMMARY JUDGMENT AND PERMANENT INJUNCTION** |
| Defendants. | |
| GAMING ENTERTAINMENT, INC., and YEHIA AWADA, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| SHUFFLE MASTER, INC., and MARK YOSELOFF, | |
| Counterclaim-Defendants. | |

IT IS HEREBY ORDERED:

Shuffle Master Inc.'s (hereinafter "Shuffle Master") Motion for Summary Judgment on Trade Dress Infringement (Count 1) is GRANTED;

Judgment is GRANTED in favor of Shuffle Master on its Trade Dress Infringement Claim (Count 1);

Shuffle Master's Motion for Summary Judgment on Yehia Awada and Gaming Entertainment, Inc.'s (hereinafter "Defendants") Counterclaims is GRANTED;

All other claims of the parties are dismissed with prejudice except that Shuffle Master's Trademark Infringement Claim (Count 2), and Defendants' defenses thereto, are dismissed without prejudice and Shuffle Master's request for damages and attorneys' fees are dismissed with leave to reinstate such claims upon subsequent remand of this action;

Defendants, including all of their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them who receive actual notice of the injunction are hereby enjoined in any manner, from either directly or indirectly:

(a) Using a trade dress the same as or confusingly similar to the Four Card Poker Trade Dress (as defined below), or any colorable imitation thereof, in connection with the advertising, promotion, marketing, sale, or other disposal of Defendants' services or products;

(b) Using any logo, trade dress, trade name, trademark or servicemark which is calculated and/or a found by a court to represent falsely that the services or products of Defendants are affiliated, connected, or associated with Shuffle Master, Inc. (hereinafter "Shuffle Master");

(c) Using any logo, trade dress, trade name trademark or servicemark which is calculated and/or found by a court to represent falsely that the services or products of Defendants are sponsored by, authorized by, approved by, or originate from Shuffle

1  Master;

2  (d) Using the Four Card Poker Trade Dress in any fashion that would damage the
3  business reputation of Shuffle Master, or any of its successors, assigns, affiliates,
4  subsidiaries, or parents, or that would dilute the value of the Four Card Poker Trade
5  Dress;

6  (e) Otherwise infringing on the Four Card Poker Trade Dress;

7  (f) Unfairly competing with Shuffle Master; and

8  (g) Aiding, abetting or assisting any other person or entity in engaging in or
9  performing any activities stated in paragraphs (a) through (f) above.

The "Four Card Poker Trade Dress" is comprised of the following elements: (1) the placement of three circles, arranged vertically, representing the location to place the various bets, at each player station; (2) the font[1] within the three circles at each player station; (3) the printing of the names of the bets within the three circles at each player station, so that the letters of "Aces Up" and "Play 1x to 3x Ante" touch the outer edges of the circles; (4) the identification of the bets, as "Aces Up," "Ante," and "Play 1x to 3x Ante" at each player station; (5) the placement of the pay tables at each player station beneath the vertically arranged circles; (6) the font of the "Aces Up" trademark at each player station; (7) the number of dots (eighteen) below the "Aces Up" trademark at each player station; (8) the font of the "Automatic Bonus" heading at the pay table for each player station: (9) the number of dots (eighteen) below "Automatic Bonus" at each player station; and (10) the font and wording of the text below the pay table at each player station ("Automatic Bonuses paid on Ante wager").

---

[1] References to fonts herein refer to the corresponding fonts in the example displayed below.

Jones Vargas
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89109
Tel: (702) 862-3300 Fax: (702) 737-7705

Aces Up

Ante

Play 1x to 3x Ante

Four of a Kind............ 50 to 1
Straight Flush............ 30 to 1
Three of a Kind........... 7 to 1
Flush..................... 6 to 1
Straight.................. 5 to 1
Two Pair.................. 2 to 1
Pair of Aces.............. 1 to 1

Automatic Bonus
Four of a Kind............ 25 to 1
Straight Flush............ 20 to 1
Three of a Kind........... 2 to 1
*Automatic Bonuses paid on Ante wager

Dated: April 11, 2007                Respectfully submitted,


                                     /s/ Barry F. Irwin
                                     JONES VARGAS
                                     KIRK B. LENHARD
                                     Nevada Bar No. 1437
                                     PHILIP M. BALLIF
                                     Nevada Bar No. 2650
                                     TAMARA BEATTY PETERSON
                                     Nevada Bar No. 5218
                                     3773 Howard Hughes Parkway
                                     Third Floor South
                                     Las Vegas, Nevada 89109

                                     BARRY F. IRWIN (Nevada Bar No. 9068)
                                     GIANNI CUTRI *(Admitted Pro Hac Vice)*
                                     JAMI A. JAROSCH *(Admitted Pro Hac Vice)*
                                     KIRKLAND & ELLIS, LLP
                                     200 East Randolph Drive
                                     Chicago, Illinois 60601
                                     *Attorneys for Plaintiff/Counter-Defendants*


IT IS SO ORDERED this 16 th day of April, 2007.


                                                    _____
                                                    United States District Judge